# Exhibit B

PAGE 2/2 * RCVD AT 4/2/2010 1:12:03 PM [Eastern Daylight Time] * SVR:RIGHTFAX/2 * DNIS:2588 * CSID: * DURATION (mm-ss):00-34

PAGE   1

CASE  10-C-412           KANAWHA

WV INVESTMENT MANAGEMENT BOARD vs. RESIDENTIAL ACCREDITED LOANS,

| LINE | DATE     | ACTION |
|------|----------|--------|
| 1    | 03/04/10 | ## ISSUED SUM & 8 CPYS; F FEE; RCPT 455416; $145.00; CASE INFO |
| 2    |          | ## SHEET; COMPLAINT |
| 3    | 03/11/10 | ## LET FR SS DTD 3/8/10; SUM W/RET (3/8/10 SS) AS TO RESIDENTIAL |
| 4    |          | ## ACCREDITED LOANS |
| 5    | 03/11/10 | ## LET FR SS DTD 3/8/10; SUM W/RET (3/8/10 SS) AS TO DEUTSCHE |
| 6    |          | ## BANK SECURITIES, INC. |
| 7    | 03/11/10 | ## LET FR SS DTD 3/8/10; SUM W/RET (3/8/10 SS) AS TO CREDIT BASED |
| 8    |          | ## SECURITIES (USA) LLC |
| 9    | 03/11/10 | ## LET FR SS DTD 3/8/10; SUM W/RET (3/8/10 SS) AS TO RESIDENTIAL |
| 10   |          | ## FUNDING CO. |
| 11   | 03/18/10 | ## E-CERT FR SS AS TO RESIDENTIAL FUNDING COMPANY, LLC DTD |
| 12   |          | ## 3/10/10 SIGNED BY CHRISTY LEGG |
| 13   | 03/18/10 | ## E-CERT FR SS AS TO RESIDENTIAL ACCREDITED LOANS INC. DTD |
| 14   |          | ## 3/12/10 |
| 15   | 03/18/10 | ## E-CERT FR SS AS TO CREDIT SUISSE SECURITES (USA) LLC DTD |
| 16   |          | ## 3/10/10 SIGNED BY CHRISTY LEGG |
| 17   | 03/25/10 | ## E-CERT FR SS AS TO DEUTSCHE BGANK SECURITIES INC. DTD 3/19 |
| 18   | 04/01/10 | ## COPY OF VERIF APPLICATION FOR PRO HAC VICE ADM AS TO |
| 19   |          | ## JACQUELINE SAILER |
| 20   | 04/01/10 | ## COPY OF VERIF APPLICATION FOR PRO HAC VICE ADM AS TO GREGORY |
| 21   |          | ## LINKH |

APR. 2. 2010 12:18PM    CIRCUIT CLERK                                NO. 6506    P. 2

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
West Virginia Investment Management Board

## DEFENDANTS
Residential Accredit Loans, Inc., Residential Funding Company, LLC, Deutsche Bank Securities Inc., Credit Suisse Securities LLC

**(b)** County of Residence of First Listed Plaintiff: Kanawha County, WV
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number): See Attachment

Attorneys (If Known): See Attachment

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☒ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. 1441
Brief description of cause: Removal of State Court action based upon diversity

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 0.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 04/07/2010
SIGNATURE OF ATTORNEY OF RECORD: /s/ J. Brian Jackson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Counsel for Plaintiff**

Joshua I. Barrett, Esquire (W.V. State Bar No. 252)
J. Timothy DiPiero, Esquire (W.V. State Bar No. 1021)
Rudolph L. DiTrapano, Esquire (W.V. State Bar No. 1042)
DITRAPANO BARRETT & DIPIERO, PLLC
604 Virginia Street, East
Charleston, West Virginia 25301
E-Mail: jbarret@dbdlaw1.com
E-Mail: tdipiero@dbdlaw1.com
Telephone: (304) 342-0133
Facsimile: (304) 342-4605

Jacqueline Sailer, Esquire
Gregory B. Linkh, Esquire
MURRY, FRANK & SAILER LLP
275 Madison Avenue, 8th Floor
New York, New York 10016
E-Mail: jsailer@murrayfrank.com
E-Mail: glinkh@murrayfrank.com
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Mark W. Carbone, Esquire (W.V. State Bar No. 6291)
CARBONE & BLAYDES, PLLC
2442 Kanawha Blvd., East
Charleston, West Virginia 25314
E-mail: wvjustice@aol.com
Telephone: (304) 342-3650
Facsimile: (304) 342-3651

*Special Assistant Attorneys General and Counsel for Plaintiff*
*The West Virginia Investment Management Board*

**Counsel for Defendants**

J. Brian Jackson, Esquire (W.V. State Bar No. 9028)
Jacob S. Woody, Esquire (W.V. State Bar No. 11004)
MCGUIREWOODS LLP
310 Fourth Street, N.E.
Post Office Box 1288
Charlottesville, Virginia 22903
Telephone (434) 977-2562
Facsimile (434) 980-2278
E-Mail: jwoody@mcguirewoods.com
E-Mail: bjackson@mcguirewoods.com

*Counsel for Defendants Residential Accredit Loans, Inc.
and Residential Funding Company, LLC*

Thomas V. Flaherty, Esquire (W.V. State Bar No. 1213)
FLAHERTY SENSABAUGH & BONASSO, PLLC
200 Capitol Street
Charleston, WV 25301
Telephone: (304) 347-4232
Facsimile: (304 345-0260
Email: tflaherty@fsblaw.com

*Counsel for Defendants Credit Suisse Securities (USA) LLC,
and Deutsche Bank Securities Inc.*